■ HONEYWELL v CITY OF NEW YORK.—Motion granted to the extent only of resettling the order of this court entered on April 30, 1985 (108 AD2d 125) so as to include therein our affirmance of the order of Trial Term, Part 14A (Kaplan, J.), entered on or about November 28, 1983, which dismissed the counterclaims of the defendant City of New York. Resettled order signed and filed. Concur—Murphy, P. J., Kupferman, Carro and Milonas, JJ.

■ In the Matter of JEFFREY S. LANGBERG, Admitted as JEFFREY STUART LANGBERG, an Attorney.—Petition granted to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing in accordance with Judiciary Law § 90 (4) (h) and, pending receipt of the report of the Departmental Disciplinary Committee, respondent is suspended from practice as an attorney and counselor-at-law in the State of New York effective the date hereof until the further order of this court. Concur—Kupferman, J. P., Ross, Carro, Fein and Lynch, JJ.

■ In the Matter of RAYMOND MIRRER, an Attorney.—Petition seeking expeditious nullification of a felony conviction and all other criminal charges against petitioner and reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.

■ In the Matter of ANONYMOUS II.—Petitioner will be admitted to the Bar in the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Sullivan, Fein, Milonas and Kassal, JJ.

■ In the Matter of ANONYMOUS I.—Petitioner will be admitted to the Bar in the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Sullivan, Fein, Milonas and Kassal, JJ.